UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05-194 (EGS) |
| v. | : | |
| CHARLES COLLIER | : | |
| Defendant. | : | |

## NOTICE OF ASSIGNMENT AND APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above captioned matter has been assigned to Special Assistant United States Attorney Elliot Williams, telephone number (202) 514-5241 and email address elliot.williams2@usdoj.gov, for appearance as counsel on behalf of the United States. Mr. Williams will substitute for AUSA Amy Jeffress as counsel for the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY

_____
ELLIOT WILLIAMS
Special Assistant United States Attorney
Organized Crime and Narcotics Trafficking Section
555 4th Street, N.W., Room 4108
Washington, DC 20530
(202) 514-5241