```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

UNITED STATES OF AMERICA    :
                            :
        v.                  :       Criminal No. 05-194 (EGS)
                            :
CHARLES R. COLLIER          :

<u>ORDER</u>

Upon consideration of Defendant's Motion to Suppress Tangible Evidence and finding good cause shown, it is this ___ day of _____, 2005, hereby

ORDERED that the motion is GRANTED.

_____

cc:  Mary Manning Petras
     Assistant Federal Public Defender
     625 Indiana Avenue, N.W.
     Washington, D.C.  20001

     Elliot Williams
     Assistant United States Attorney
     555 Fourth Street, N.W.
     Washington, D.C. 20530