```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA :
                         :
         v.              :          Criminal No. 05-194 (EGS)
                         :
CHARLES R. COLLIER       :
```

MOTION FOR TEMPORARY MODIFICATION OF CONDITIONS OF RELEASE
AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

  Mr. Charles R. Collier, the defendant, through undersigned counsel, respectfully moves this Honorable Court to temporarily modify the condition of his release to permit him to attend a family reunion in Farmsville, Virginia.  In support of this motion, counsel submits the following.

  1. Mr. Collier is charged in a one count indictment with unlawful possession of a firearm by a person convicted of a crime punishable by a term of imprisonment exceeding one year.  The charge arose out of an arrest that occurred on April 24, 2005.

  2. On April 25, 2005, Mr. Collier was released to the High Intensity Supervision Program.

  3. On June 8, 2005, Magistrate Judge Facciola eliminated the requirement that Mr. Collier participate in the High Intensity Supervision Program and ordered Mr. Collier released on his personal recognizance with the condition that he abide by an 11:00 p.m. to 5:00 a.m. curfew.

4.   Mr. Collier's family is having a reunion over the 4th of July holiday.  Mr. Collier wants to attend the reunion in Farmsville, Virginia, from July 1, 2005, through July 5, 2005.

5.   Undersigned counsel was unable to reach government counsel prior to filing this motion.

WHEREFORE, for the foregoing reasons, Mr. Collier respectfully moves this Honorable Court to temporarily modify the conditions of his release to eliminate the curfew requirement between July 1, 2005 and July 5, 2005.

                                Respectfully submitted,

                                /s/

_____
Mary Manning Petras
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C.  20004
(202) 208-7500

2