UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
                               :
       v.                   :           Criminal No. 05-194 (EGS)
                               :

CHARLES R. COLLIER      :

ORDER

Upon consideration of defendant's Motion to Temporarily Modify Conditions of Release, and finding good cause shown, it is this 29th day of June, 2005, hereby

ORDERED that Mr. Collier may attend his family's reunion in Farmsville, Virginia, from July 1, 2005, through July 5, 2005, and it is further

ORDERED that Mr. Collier's curfew shall not apply between July 1, 2005, and July 5, 2005.

_____
The Honorable Emmet G. Sullivan