UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 05-194 (EGS)** |
| | : | |
| v. | : | |
| | : | |
| **CHARLES COLLIER** | : | |
| | : | |
| | : | |
| **Defendant.** | | |

## ORDER

WHEREUPON, having considered the Government's Motion To Admit Other Crimes Evidence Pursuant to Federal Rule of Evidence 404(B), and any opposition thereto, it is hereby

**ORDERED**, that the Government's motion is hereby GRANTED.

_____            _____
DATE                                                                         EMMET G. SULLIVAN
                                                                                   U.S. DISTRICT COURT JUDGE

Copies to:

Elliot Williams, SAUSA
U.S. Attorney's Office
555 Fourth Street, NW
Fourth Floor
Washington, DC 20530
[(202) 514-5241; fax: 616-2296]

Mary Petras, AFPD.
625 Indiana Avenue, NW
Suite 505
Washington, DC 20004
[(202) 208-7500; fax:208-7515]