UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 05-194 (EGS)** |
| | : | |
| v. | : | |
| | : | |
| **CHARLES COLLIER** | : | |
| | : | |
| | : | |
| **Defendant.** | | |

# ORDER

Having reviewed the Government's Motion Regarding Rule 609 Evidence, any Opposition thereto, and such evidence as has been presented at a hearing on the motions, the Court hereby rules that the Government's Motion Regarding Rule 609 evidence is GRANTED.

IT IS SO ORDERED.


Dated:_____                    _____
                                           EMMET G. SULLIVAN
                                           United States District Judge


COPIES TO:

Elliot Williams
Assistant United States Attorney
Organized Crime & Narcotics Trafficking Section
Office of the United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530

Mary Petras
Assistant Federal Public Defender
Federal Public Defender
Suite 550

625 Indiana Avenue, N.W.
Washington, D.C.  20004