UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**          :

                                                                            :

      v.                              Cr. No. 05-194 (EGS)

                                                                              :

**CHARLES R. COLLIER.**               :


**MOTION FOR TEMPORARY MODIFICATION OF CONDITIONS OF RELEASE
AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

    Mr. Charles R. Collier, the defendant, through undersigned counsel, respectfully moves this Honorable Court to temporarily modify the condition of his release to permit him to classes for his work.  In support of this motion, counsel submits the following.

    1.  Mr. Collier is charged in a one count indictment with unlawful possession of a firearm by a person convicted of a crime punishable by a term of imprisonment exceeding one year.  The charge arose out of an arrest that occurred on April 24, 2005.

    2.  On April 25, 2005, Mr. Collier was released to the High Intensity Supervision Program.

    3.  On June 8, 2005, Magistrate Judge Facciola eliminated the requirement that Mr. Collier participate in the High Intensity Supervision Program and ordered Mr. Collier released on his personal recognizance with the condition that he abide by an 11:00 p.m. to 5:00 a.m. curfew.

4.   Mr. Collier works as a distributor for Design Essentials, a line of hair care products.  Mr. Collier's work requires that he periodically attend classes to learn about new products.  Classes are scheduled for August 5 through August 10, 2005, in Las Vegas, Nevada.  In order to continue his employment, Mr. Collier needs to attend these classes.

5.   Undersigned counsel spoke with Assistant United States Attorney Elliot Williams who indicated that the government does not oppose this motion, provided that Mr. Collier brings back verification that he was at the conference.

WHEREFORE, for the foregoing reasons, Mr. Collier respectfully moves this Honorable Court to temporarily modify the conditions of his release to eliminate the curfew requirement between August 5, 2005 and August 10, 2005.

Respectfully submitted,

/s/

_____
Mary Manning Petras
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C.  20004
(202) 208-7500