```
                   UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA
```

**UNITED STATES OF AMERICA,**          :
                                        :
      **v.**          Cr. No. 05-194 (EGS)
                                        :
**CHARLES R. COLLIER.**                 :

## ORDER

Upon consideration of defendant's Motion to Temporarily Modify Conditions of Release, and finding good cause shown, it is this __ day of July, 2005, hereby

ORDERED that Mr. Collier may attend his related conference in Las Vegas, Nevada, from August 5, 2005, through August 10, 2005, and it is further

ORDERED that Mr. Collier's curfew shall not apply between August 5, 2005, and August 10, 2005.

_____
The Honorable Emmet G. Sullivan