**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA,**          :

                                       :

               **v.**                    :          **Cr. No. 05-194 (EGS)**

                                       :

**CHARLES R. COLLIER.**                  :

### ORDER

Upon consideration of defendant's Motion to Temporarily Modify Conditions of Release, and finding good cause shown, it is this 26th day of July, 2005, hereby

ORDERED that Mr. Collier may attend his related conference in Las Vegas, Nevada, from August 5, 2005, through August 10, 2005, and it is further

ORDERED that Mr. Collier's curfew shall not apply between August 5, 2005, and August 10, 2005, provided he provides Pretrial Services with proof of his attendance.

_____
The Honorable Emmet G. Sullivan