UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05-194 (EGS) |
| v. | : | |
| CHARLES COLLIER | : | |
| Defendant. | : | |

### GOVERNMENT'S ADDITIONAL AUTHORITY IN RESPONSE TO DEFENDANT'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO SUPPRESS TANGIBLE EVIDENCE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this additional authority in Response to the Defendant's Supplemental Memorandum in Support of Motion to Suppress Tangible Evidence. In explanation for this submission the government says as follows: In preparation for the hearing in this matter originally scheduled for Tuesday, January 17, 2006 counsel for the government located additional authority which he intended to bring to the attention of the Court and Counsel for the defendant at the time of the hearing. Since the hearing has been reset for Monday, January 30, the government wishes to provide these citations to the Court and counsel in advance.

Regarding the issue of whether the investigative stop of the defendant was converted into an arrest by the officers' intention to use handcuffs the following cases are instructive. United States v. Dykes, 406 F.3d 717, 720 (D.C. Cir. 2005); United States v. Laing, 889 F.2d 281, 285 (D.C. Cir. 1989), cert. denied, 494 U.S. 1008 & 1069 (1990); United States v. Marxen, 410 F.3d 326, 332 (6th. Cir. 2005); United States v. Fisher, 364 F.3d 970, 973 (8th. Cir 2004).

In the unlikely event the Court should conclude that an arrest occurred prior to the discovery of the gun on the defendant suppression would still not be an appropriate remedy. The

following cases speak to that point. United States v. Eylicio-Montoya, 70 F.3d 1158, 1166 - 67 (10th Cir. 1995); United States v. Bentley, 29 F.3d. 1073, 1075-6 (6th. Cir.), cert. denied, 513 U.S. 1028 (1994)

        Respectfully submitted,

        KENNETH L. WAINSTEIN
        UNITED STATES ATTORNEY


        _____
        John V. Geise
        Assistant United States Attorney
        Organized Crime and Narcotics Unit
        555 4th Street, N.W., Room 4126
        Washington, DC 20530
        (202) 616-9156


    I HEREBY CERTIFY that I caused a copy of the foregoing to be served by electronic mail upon the attorney for the defendant, Mary Manning Petras, this 23rd day of January 2006.


        _____
        John V. Geise
        Assistant United States Attorney