UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05-194 (EGS) |
| | : | |
| v. | : | |
| CHARLES COLLIER | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney John V. Geise at telephone number (202) 616-9156 and/or email address John.Geise@usa.usdoj.gov. Mr. Geise will substitute for AUSA Carlos Acosta as counsel for the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN.
United States Attorney
Bar No. 246470

_____
JOHN V. GEISE
Assistant United States Attorney
555 4th Street, N.W. Room 4126
Washington, DC 20530
(202)616-9156

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of the foregoing to be served by Electronic Filing upon the attorney for the defendant, Jonathan Jeffress, Esquire, Federal Public Defender, this 26th day of January, 2006.

_____
JOHN V. GEISE
Assistant United States Attorney