```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
```

UNITED STATES
    Plaintiff,

  vs.                                  Criminal No. 05-194  (EGS)
CHARLES COLLIER
    Defendant.
_____/

**ORDER**

On **JANUARY 13, 2006**, the defendant pled guilty to the Information.

Accordingly, the U.S. Probation Department shall prepare and file a pre-sentence report by no later than **MAY 4, 2006**; defendant's memorandum of law, if any shall be filed by no later than **MAY 11, 2006**; the Government's memorandum of law, if any shall be filed by no later than **MAY 18, 2006,** a reply, if any, shall be filed by no later than **MAY 25, 2006**; and it is further

ORDERED that the defendant shall be sentenced in Courtroom #24A, 4th Floor on **JUNE 1, 2006 AT 11:00 P.M.**

IT IS SO ORDERED.

DATE: February 28, 2006   EMMET G. SULLIVAN
                          UNITED STATES DISTRICT JUDGE