UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA** :

:

    v.                              Cr. No. 05-194 (EGS)

:

**CHARLES R. COLLIER**      :

### UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING
### AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

    Mr. Charles R. Collier, the defendant, through undersigned counsel, respectfully moves this Honorable Court to continue the sentencing hearing from June 1, 2006, to another date convenient for the Court.

    In support of this motion, counsel submits the following.

    1. On February 22, 2006, Mr. Collier pled guilty to one count of unlawful possession of a firearm by a person convicted of a crime punishable by a term of imprisonment exceeding one year. At that time the Court scheduled the sentencing hearing for June 1, 2006.

    2. Undersigned counsel recently received approval to visit a client detained at the United States Naval Base in Guantanamo Bay, Cuba on June 1st. Because scheduling visits with clients at the Guantanamo facility is difficult, counsel respectfully requests that the Court not require her to try to reschedule that visit.

3. On May 24, 2006, undersigned counsel spoke with government counsel, who represented that the government does not oppose this motion.

WHEREFORE, for the foregoing reasons, Mr. Collier respectfully moves this Honorable Court to continue the sentencing hearing from June 1, 2006, to another date convenient for the Court.

                                      Respectfully submitted,

                                              /s/

_____
Mary Manning Petras
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C.  20004
(202) 208-7500