UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA** :
:
      **v.**              Cr. No. 05-194 (EGS)
:
**CHARLES R. COLLIER**    :

## ORDER

Upon consideration of defendant's Motion to Continue Sentencing Hearing and finding good cause shown, it is this \_\_ day of May, 2006, hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that the sentencing hearing in this matter is scheduled for _____.

_____
The Honorable Emmet G. Sullivan