UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA** :
:
    v.                                Cr. No. 05-194 (EGS)
:
**CHARLES R. COLLIER**      :

**UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING
AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

Mr. Charles R. Collier, the defendant, through undersigned counsel, respectfully moves this Honorable Court to continue the sentencing hearing from January 18, 2007, to another date convenient for the Court.

In support of this motion, counsel submits the following.

1. On February 22, 2006, Mr. Collier pled guilty to one count of unlawful possession of a firearm by a person convicted of a crime punishable by a term of imprisonment exceeding one year. At a sentencing hearing on June 29, 2006, the Court continued the sentencing hearing to January 18, 2006.

2. Undersigned counsel recently received approval to visit a client detained at the United States Naval Base in Guantanamo Bay, Cuba on June 18th. Counsel had attempted to schedule the visit for an earlier date, but was unable to obtain reservations for the earlier date on either of the two small commuter planes that travel to Guantanamo Bay. For that reasons, counsel was compelled to schedule the visit for June 18th. Because

scheduling visits with clients at the Guantanamo facility is difficult – counsel must obtained approval from the Department of Defense for the particular date requested, obtain permission from the Administrative Office of the Courts, and then obtain seats on one of the commuter flights (which sell out quickly) – counsel respectfully requests that the Court not require her to try to reschedule that visit.

    3. On December 15, 2006, undersigned counsel spoke with government counsel, who represented that the government does not oppose this motion. If convenient for the Court, government counsel and defense counsel are available for a sentencing hearing on January 22nd or 23rd, or February 7th or 8th.

    WHEREFORE, for the foregoing reasons, Mr. Collier respectfully moves this Honorable Court to continue the sentencing hearing from January 18, 2007, to another date convenient for the Court.

                                                Respectfully submitted,

                                                       /s/

_____
Mary Manning Petras
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C.  20004
(202) 208-7500