```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

**UNITED STATES OF AMERICA** :

                     :

       **v.**               Cr. No. 05-194 (EGS)

                     :

**CHARLES R. COLLIER**      :

## ORDER

Upon consideration of defendant's Motion to Continue Sentencing Hearing and finding good cause shown, it is this __ day of December, 2006, hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that the sentencing hearing in this matter is scheduled for _____.

 

                                _____
                                The Honorable Emmet G. Sullivan