UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO.  05-194 (EGS) |
| | : | |
| v. | : | |
| | : | |
| CHARLES COLLIER | : | |
| Defendant. | : | |

NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Edward O'Connell at telephone number 202-514-6997 and/or email address Edwards.OConnell@usdoj.gov  Edward O'Connell will substitute for Assistant United States Attorney Bryan Roslund counsel for the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

**Edward O'Connell**
Assistant United States Attorney
Organized Crimes and Narcotics Trafficking
555 4th Street, NW,  Room 4122
Washington, DC 20530
202-514-6997