UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA** :

: 

     **v.**                        Cr. No. 05-194 (EGS)

:

**CHARLES R. COLLIER**     :


**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

    Mr. Charles R. Collier, the defendant, through undersigned counsel, respectfully moves this Honorable Court to continue the sentencing hearing from October 19, 2007, to another date convenient for the Court.

    In support of this motion, counsel submits the following.

    1. On February 22, 2006, Mr. Collier pled guilty to one count of unlawful possession of a firearm by a person convicted of a crime punishable by a term of imprisonment exceeding one year. Sentencing is now scheduled for October 19, 2007.

    2. While reviewing Mr. Collier's file in preparation for the October 19th hearing, undersigned counsel was reminded that the Court asked counsel to file a supplemental sentencing memorandum regarding one of the issues raised by counsel, post-offense rehabilitation. Counsel mistakenly failed to file such a memorandum and, due to commitments in other matters, will be unable to do so prior to October 19, 2007. Counsel needs additional time to file an appropriate memorandum.

3. On October 16, 2007, undersigned counsel contacted government counsel, who represented that the government does not oppose this motion.

WHEREFORE, for the foregoing reasons, Mr. Collier respectfully moves this Honorable Court to continue the sentencing hearing from October 19, 2007, to another date convenient for the Court.

                                    Respectfully submitted,

                                            /s/

_____
Mary Manning Petras
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C.  20004
(202) 208-7500