```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

**UNITED STATES OF AMERICA** :

                 :

        v.                  Cr. No. 05-194 (EGS)

                 :

**CHARLES R. COLLIER**    :

## ORDER

Upon consideration of Defendant's Unopposed Motion to Continue Sentencing Hearing and Memorandum of Points and Authorities in Support Thereof, it is this __ day of October, 2007, hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that the sentencing hearing in this matter is scheduled for _____.

 

_____
The Honorable Emmet G. Sullivan